AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |
|---|---|
| United States of America<br>v.<br>Michael Fitzgerald<br>DOB: XXXXXX | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00351
Assigned To : Meriweather, Robin M.
Assign. Date : 4/2/2021
Description: COMPLAINT W/ ARREST WARRANT

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,<br>18 U.S.C. §§ 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,<br>40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Stephen Hart , Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____04/02/2021_____

_____
*Judge's signature*

City and state: _____Washington, D.C._____      Robin M. Meriweather, U.S. Magistrate Judge
_____
*Printed name and title*